ACCEPTED
01-14-01000-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/4/2015 9:04:15 AM
CHRISTOPHER PRINE
CLERK

# THOMPSON
## COE

Thompson, Coe, Cousins & Irons, L.L.P.
Attorneys and Counselors

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/4/2015 9:04:15 AM
CHRISTOPHER A. PRINE
Clerk

Andrew L. Johnson
Direct Dial: (713) 403-8205
ajohnson@thompsoncoe.com

Austin
Dallas
Houston
Los Angeles
Saint Paul

June 3, 2015

***Via Efiling***
Hon. Christopher A. Prine
Clerk of the First Court of Appeals
301 Fannin Street
Houston, Texas 77002

Re:     Cause No. 01-14-01000-CV; *Toby Paul Couchman and Pro-Surv v. Elizabeth Cardona*

Dear Hon. Clerk Prine,

        Please be advised that Andrew L. Johnson will present argument for Appellants Toby Paul Couchman and Pro-Surv during oral argument scheduled in Cause No. 01-14-01000-CV at 10:00 a.m. on June 9, 2015.

                                Sincerely,


                                */s/ Andrew L. Johnson*_____
                                Andrew L. Johnson


ALJ/kl

One Riverway | Suite 1400 | Houston, TX 77056 | (713) 403-8210 | Fax: (713) 403-8299